**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FujiFilm Corporation    v.    Olympus Corp.

No. 14-1110

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Matsushita Electric Industrial Co., Ltd. (now known as Panasonic Corporation), Panasonic Corporation of North America, Victor Compnay of Japan, Ltd. (now known as JVCKENWOOD Corporation), JVC Company of America (now known as JVC Americas Corp.)
Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☐ Appellant    ☒ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Rachel M. Capoccia |
| Law firm: | Alston & Bird, LLP |
| Address: | 333 South Hope Street, 16th Floor |
| City, State and ZIP: | Los Angeles, CA 90071 |
| Telephone: | (213) 576-1000 |
| Fax #: | (213) 576-1100 |
| E-mail address: | rachel.capoccia@alston.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): November 2001

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| December 4, 2013 | /s/ Rachel M. Capoccia |
|---|---|
| Date | Signature of pro se or counsel |

cc: _____

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system. The document was also sent via electronic mail to:

Patrick J. Kelleher
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
Email: patrick.kelleher@dbr.com

Charlene M. Morrow
David D. Schumann
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Email: cmorrow@fenwick.com
Email: dschumann@fenwick.com

David L. Witcoff
Marc S. Blackman
JONES DAY
77 W. Wacker Drive
Chicago, Illinois 60601
Email: dlwitcoff@jonesday.com
Email: msblackman@jonesday.com

Steven J. Routh
Sten A. Jensen
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th St, NW
Washington, DC 20005
Email: srouth@orrick.com
Email: sjensen@orrick.com

Andrew V. Devkar
BINGHAM MCCUTCHEN LLP
The Water Garden

Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA 90404-4082
E-mail: rich.debodo@bingham.com
E-mail: andrew.devkar@bingham.com

Alan M. Fisch
R. William Sigler
Thomas C. Chen
FISCH HOFFMAN SIGLER LLP
5335 Wisconsin Ave NW, Eighth Floor
Washington DC  20009
Alan.Fisch@fischllp.com
Bill.Sigler@fischllp.com
Thomas.Chen@fischllp.com

Date:  December 4, 2013                          /s/ Rachel M. Capoccia
                                                 Rachel M. Capoccia