Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FujiFilm Corporation    v. Olympus Corp.

No. 14-1110

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for: Olympus Corp. and Olympus Imaging America
                                  Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [✓] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[ ] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Richard de Bodo |
| Law firm: | Bingham McCutchen LLP |
| Address: | 1601 Cloverfield Boulevard, Suite 2050 North |
| City, State and ZIP: | Santa Monica, CA 90404-4082 |
| Telephone: | (310) 907-1000 |
| Fax #: | (310) 907-2000 |
| E-mail address: | rich.debodo@bingham.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes  [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 12/4/13 | /s/Richard de Bodo |
| Date | Signature of pro se or counsel |

cc: _____

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system. The document was also sent via electronic mail to:

Alan M. Fisch
Thomas C. Chen
R. William Sigler
FISCH HOFFMAN SIGLER LLP
5335 Wisconsin Ave, Eight Floor
Washington, DC 20015
Email: alan.fisch@fischllp.com
Email: thomas.chen@fischllp.com
Email: bill.sigler@fischllp.com

Patrick J. Kelleher
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
Email: patrick.kelleher@dbr.com

Charlene M. Morrow
David D. Schumann
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Email: cmorrow@fenwick.com
Email: dschumann@fenwick.com

David L. Witcoff
Marc S. Blackman
JONES DAY
77 W. Wacker Drive
Chicago, Illinois 60601
Email: dlwitcoff@jonesday.com
Email: msblackman@jonesday.com

Steven J. Routh
Sten A. Jensen

ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th St, NW
Washington, DC 20005
Email: srouth@orrick.com
Email: sjensen@orrick.com

Rachel M. Capoccia
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, California 90071
Email: Rachel.copoccia@alston.com

Dated:  December 4, 2013

                                        /s/ Richard de Bodo
                                        Richard de Bodo