**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_Pro Se       \_\_\_\_\_As counsel for:    _____
                                              Name of party

I am, or the party I represent is (select one):

\_\_\_\_\_Petitioner   \_\_\_\_\_Respondent   \_\_\_\_\_Amicus curiae   \_\_\_\_\_Cross Appellant

\_\_\_\_\_Appellant    \_\_\_\_\_Appellee      \_\_\_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_\_Petitioner or appellant     \_\_\_\_\_Respondent or appellee

My address and telephone are:

Name: _____
Law firm: _____
Address: _____
City, State and ZIP: _____
Telephone: _____
Fax #: _____
E-mail address: _____

Statement to be completed by counsel only (select one):

\_\_\_\_\_   I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

\_\_\_\_\_   I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

\_\_\_\_\_   I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

\_\_\_\_\_Yes    \_\_\_\_\_No

\_\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

| December 4, 2013 | /s/Mark E. Ungerman |
|---|---|
| Date | Signature of pro se or counsel |

cc: \_Alan M. Fisch_____

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December 2013, the foregoing ENTRY OF APPEARANCE is being served on all counsel of record via the electronic court filing system (CM/ECF).

/s/ Mark E. Ungerman
Mark E. Ungerman