Case No. 14-1110

_____

# UNITED STATES COURT OF APPEALS

# FOR THE FEDERAL CIRCUIT

_____ )
FUJIFILM CORPORATION,              )
                                   )
v.                                 )
                                   )
OLYMPUS CORPORATION.               )
                                   )
(IN RE PAPST LICENSING GMBH &      )
CO. KG LITIGATION)                 )
_____)

## JOINT MOTION TO AMEND THE CASE CAPTION

_____

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure, the parties jointly request the official caption be amended to reflect the actual parties to this appeal.

1. The current case caption incorrectly lists parties who have been previously dismissed or are not parties in the current case, incorrectly identifies parties as being opposed who are not opposed to each other

(e.g., FUJIFILM Corporation and Olympus Corporation are not opposed to each other), and incorrectly identifies which parties are the appellees.

2. Papst Licensing GmbH & Co., KG ("Papst") is the appellant in the present case.

3. The Appellees are: FUJIFILM Corporation; FUJIFILM North America Corporation (formerly known as FUJIFILM U.S.A., Inc.); Panasonic Corporation (formerly known as Matsushita Electric Industrial Co., Ltd.); Victor Company of Japan, Ltd.; Olympus Corporation; Olympus Imaging America Inc.; Samsung Techwin Co., Ltd.; Samsung Opto-Electronics America, Inc.; Panasonic Corporation of North America; JVC Company of America; Nikon Corporation; Nikon Inc.; and Hewlett-Packard Company.

4. The recommended case caption is:

Papst Licensing GmbH & Co., KG v. FUJIFILM Corporation, et al.

(In re: Papst Licensing GmbH & Co. KG Litigation)

Dated: December 18, 2013                    Respectfully submitted,

                                            /s/ R. William Sigler
                                            Alan M. Fisch
                                            R. William Sigler
                                            FISCH HOFFMAN SIGLER LLP
                                            5335 Wisconsin Avenue NW
                                            Eighth Floor
                                            Washington, DC 20015
                                            (202) 362-3500 telephone

(202) 362-3501 facsimile

*Attorneys for Appellant Papst Licensing GmbH & Co. KG*

  /s/ Steven J. Routh
Steven J. Routh
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20005
Tel: (202) 339-8400
Fax: (202)-339-8500

*Attorneys for Appellees FUJIFILM Corporation; FUJIFILM North America Corporation*

  /s/ Patrick J. Kelleher
Patrick J. Kelleher
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
Tel: (312) 569-1375
Fax: (312) 569-3375

*Attorneys for Appellees Samsung Techwin Co., Ltd.; Samsung Opto-Electronics America, Inc.*

  /s/ Charlene M. Morrow
Charlene M. Morrow
David D. Schumann
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500
Fax: (650) 938-5200

*Attorneys for Appellee Hewlett-Packard Company.*

　/s/ David L. Witcoff　　　　
David L. Witcoff
Marc S. Blackman
JONES DAY
77 W. Wacker Drive
Chicago, Illinois 60601
Tel: (312) 782-3939
Fax: (312) 782-8585

*Attorneys for Appellees Nikon Corp. and Nikon Inc.*

　/s/ Rachel M. Capoccia　　　　
Rachel M. Capoccia
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, California 90071
Tel: (213) 576-1037
Fax: (213) 576-1100

*Attorneys for Appellees Panasonic Corporation (formerly known as Matsushita Electric Industrial Co., Ltd.); Victor Company of Japan, Ltd.; Panasonic Corporation of North America; JVC Company of America*

　/s/ Andrew V. Devkar　　　　
Richard de Bodo
Andrew V. Devkar
BINGHAM MCCUTCHEN LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA 90404-4082

Tel: (310) 255-9070
Fax: (310) 907-2070

*Attorneys for Appellees Olympus Corporation; Olympus Imaging America Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December, 2013, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send notification of such filing to counsel of record.

          /s/ Steven J. Routh
          Steven J. Routh