2014-1110

—————————————————————

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

—————————————————————

IN RE PAPST LICENSING DIGITAL CAMERA
PATENT LITIGATION

—————————————————————

PAPST LICENSING GMBH & CO. KG,
*Plaintiff-Appellant*

v.

FUJIFILM CORPORATION, FUJIFILM NORTH
AMERICA CORPORATION (formerly known as
FUJIFILM USA, INC.), HEWLETT-PACKARD
COMPANY, JVC COMPANY OF AMERICA, NIKON
CORPORATION, NIKON, INC., OLYMPUS CORP.,
OLYMPUS IMAGING AMERICA INC., PANASONIC
CORPORATION (formerly known as MATSUSHITA
ELECTRIC INDUSTRIAL CO., LTD.), PANASONIC
CORPORATION OF NORTH AMERICA, SAMSUNG
OPTO-ELECTRONICS AMERICA, INC., SAMSUNG
TECHWIN CO., AND VICTOR COMPANY OF JAPAN,
LTD.
*Defendants-Appellees.*

—————————————————————

Appeal from the United States District Court for the District of
Columbia in No. 1:07-mc-00493-RMC, Judge Rosemary M. Collyer

—————————————————————

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
## DEFENDANTS-APPELLEES' RESPONSE BRIEF

Pursuant to Fed. R. App. P. 26(b) and Fed. Cir. R. 26(b), Defendants-Appellees respectfully move for a thirty (30) day extension to file their response brief.  Defendants-Appellees' response brief is currently due April 4, 2014.  If this motion is granted, the brief will be due May 5, 2014.

In support of this motion, Defendants-Appellees state as follows:

1.     This is Defendants-Appellees' first request for an extension of time.

2.     On January 10, 2014, this Court granted the motion of Plaintiff-Appellant Papst Licensing GmbH & Co. KG ("Papst") for a 30 day extension of time to file its principal brief.  *See* Docket Entry No. 63.  As noted in Papst's motion, Defendants-Appellees consented to Papst's extension provided that Papst agreed to not oppose a commensurate request for an extension for the Defendants-Appellees to file their responsive brief.

3.     The present requested extension is made necessary by the complexity of this case and the press of other matters.

4.     The following is a list of other cases with significant upcoming deadlines in which the undersigned attorneys are counsel of record:

- Patrick Kelleher, principal counsel for Samsung Techwin Co., Ltd. and Samsung Opto-Electronics America, Inc., will be on trial beginning April 7, 2014 in *Ateliers de la Haute-Garonne v. Broetje Automation USA*, Civ. No. 09-598-LPS (D. Del.).

- Charlene Morrow, principal counsel for Hewlett-Packard Company, has been and will be: (i) litigating a technology tutorial and claim construction hearings on March 10-11 and March 24-25, 2014, respectively, in *Barnes & Noble Inc. v. LSI Corp.*, Civ. No. 3:11-cv-2709-EMC (N.D. Cal.); and (ii) submitting opening, rebuttal and reply expert reports on March 7, April 7 and April 28, respectively, in *Select Retrieval, LLC v Overstock.com , Inc.*, C.A. No. 11-812-RGA (D. Del.).

5.     An additional layer of complexity is added by Defendants-Appellees' plan to coordinate their response and, to the extent possible,

address issues in a joint brief filed on behalf of all Defendants-Appellees. While this coordination will lessen the number of briefs for the Court to review, it also creates drafting and logistical complications for the Defendants-Appellees.

6.      As noted above, Papst does not oppose Defendants-Appellees' requested extension.

## CONCLUSION

For the foregoing reasons, the Court should grant Defendant-Appellees' unopposed motion for a 30-day extension to May 5, 2014, to file their response brief.

Dated: March 11, 2014                      Respectfully submitted,


                                           /s/ Steven J. Routh
                                           Steven J. Routh
                                           ORRICK, HERRINGTON &
                                           SUTCLIFFE LLP
                                           1152 15th Street, N.W.
                                           Washington, DC 20005
                                           (202) 339-8400

                                           *Attorneys for Appellees*
                                           *FUJIFILM Corporation;*
                                           *FUJIFILM North America*
                                           *Corporation*

/s/ Patrick J. Kelleher*

Patrick J. Kelleher
DRINKER BIDDLE & REATH
LLP
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
(312) 569-1375

*Attorneys for Appellees Samsung Techwin Co., Ltd.; Samsung Opto-Electronics America, Inc.*

\*  Patrick J. Kelleher consented to the use of his electronic signature herein

/s/ Charlene M. Morrow*

Charlene M. Morrow
David D. Schumann
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
(650) 988-8500

*Attorneys for Appellee Hewlett-Packard Company*

\*  Charlene M. Morrow consented to the use of her electronic signature herein

/s/ David L. Witcoff*
David L. Witcoff
Marc S. Blackman
JONES DAY
77 W. Wacker Drive
Chicago, Illinois 60601
(312) 782-3939

*Attorneys for Appellees Nikon
Corp. and Nikon Inc.*

*  David L. Witcoff consented to
the use of his electronic
signature herein

/s/ Rachel M. Capoccia*
Rachel M. Capoccia
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, California 90071
(213) 576-1037

*Attorneys for Appellees
Panasonic Corporation (formerly
known as Matsushita Electric
Industrial Co., Ltd.); Victor
Company of Japan, Ltd.;
Panasonic Corporation of North
America; JVC Company of
America*

*  Rachel M. Capoccia consented
to the use of her electronic
signature herein

/s/ Andrew V. Devkar

Richard de Bodo
Andrew V. Devkar
BINGHAM MCCUTCHEN LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA 90404-4082
(310) 255-9070

*Attorneys for Appellees Olympus
Corporation; Olympus Imaging
America Inc.*

\* Andrew V. Devkar consented
to the use of his electronic
signature herein

## CERTIFICATE OF INTEREST

Counsel for Defendants-Appellees certify the following:

1.    The full name of every party represented by me is:

FUJIFILM Corporation; FUJIFILM USA, Inc. (now known

as FUJIFILM North America Corporation)

2.    The name of the real party in interest (if the party named in

the caption is not the real party in interest) represented by me is:

None

3.    All parent corporations and any publicly held companies

that own 10 percent or more of the stock of the party or amicus curiae

represented:

FUJIFILM Holdings Corporation

4.    The names of all law firms and the partners or associates

that appeared for the party or amicus now represented in the trial court

or agency or are expected to appear in this court are:

Steven J. Routh, T. Vann Pearce, Jr., John R. Inge, Sten A.

Jensen (Orrick, Herrington & Sutcliffe LLP).  Previously,

Messrs. Routh, Inge, and Jensen were attorneys at a

predecessor to Hogan Lovells US LLP.

Dated: March 11, 2014                    Respectfully submitted,


                                          /s/ Steven J. Routh
                                         Steven J. Routh
                                         ORRICK, HERRINGTON &
                                         SUTCLIFFE LLP
                                         1152 15th Street, N.W.
                                         Washington, DC 20005
                                         Tel: (202) 339-8400
                                         Fax: (202)-339-8500

                                         *Attorneys for Appellees*
                                         *FUJIFILM Corporation;*
                                         *FUJIFILM North America*
                                         *Corporation*

# CERTIFICATE OF INTEREST

Counsel for Defendants-Appellees certify the following:

1.  The full name of every party represented by me is:

> Samsung Techwin Co., Ltd.

> Samsung Opto-Electronics America, Inc.

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

> N/A

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented:

> Samsung Electronics Co., Ltd.

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented in the trial court or agency or are expected to appear in this court are:

> Drinker Biddle & Reath LLP; Patrick J. Kelleher

Dated: March 11, 2014                    Respectfully submitted,


                                          /s/ Patrick J. Kelleher*
                                         Patrick J. Kelleher
                                         DRINKER BIDDLE & REATH
                                         LLP
                                         191 North Wacker Drive
                                         Suite 3700
                                         Chicago, IL 60606-1698
                                         Tel: (312) 569-1375
                                         Fax: (312) 569-3375

                                         *Attorneys for Appellees Samsung
                                         Techwin Co., Ltd.; Samsung
                                         Opto-Electronics America, Inc.*

                                         *  Patrick J. Kelleher consented
                                         to the use of his electronic
                                         signature herein

## CERTIFICATE OF INTEREST

Counsel for Defendants-Appellees certify the following:

1.  The full name of every party represented by me is:

    Hewlett-Packard Company.

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    N/A.

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented:

    None.

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented in the trial court or agency or are expected to appear in this court are:

Charlene Morrow, David Schumann, and Bryan Kohm (all of

Fenwick & West LLP)

Heather N. Mewes and Jeffrey V. Lasker (former Fenwick &

West LLP attorneys)

Dated: March 11, 2014                 Respectfully submitted,


                                       /s/ Charlene M. Morrow*
                                      Charlene M. Morrow
                                      David D. Schumann
                                      FENWICK & WEST LLP
                                      Silicon Valley Center
                                      801 California Street
                                      Mountain View, CA 94041
                                      (650) 988-8500

                                      *Attorneys for Appellee Hewlett-
                                      Packard Company*

                                      *   Charlene M. Morrow
                                      consented to the use of her
                                      electronic signature herein

# CERTIFICATE OF INTEREST

Counsel for Defendants-Appellees certify the following:

1.  The full name of every party represented by me is:

> Nikon Corporation and Nikon Inc.

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

> N/A.

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented:

> Nikon Inc. is a wholly-owned subsidiary of Nikon Americas Inc.  Nikon Americas Inc. is a wholly-owned subsidiary of Nikon Corporation.  There is no parent corporation of Nikon Corporation, and no publicly held corporation that owns 10 percent or more of its stock.

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented in the trial court or agency or are expected to appear in this court are:

David L. Witcoff, Marc S. Blackman, Marron Mahoney

(Jones Day)

Dated: March 11, 2014                    Respectfully submitted,


                                          /s/ David L. Witcoff*
                                         David L. Witcoff
                                         Marc S. Blackman
                                         JONES DAY
                                         77 W. Wacker Drive
                                         Chicago, Illinois 60601
                                         (312) 782-3939

                                         *Attorneys for Appellees Nikon
                                         Corp. and Nikon Inc.*

                                         *  David L. Witcoff consented to
                                         the use of his electronic
                                         signature herein

# CERTIFICATE OF INTEREST

Counsel for Defendants-Appellees certify the following:

1.  The full name of every party represented by me is:

> Matsushita Industrial Electric Co., Ltd. (now known as Panasonic Corporation), Panasonic Corporation of North America, Victor Company of Japan, Ltd. (now known as JVCKENWOOD Corporation), and JVC Company of America (now known as JVC Americas Corp.)

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

> Panasonic Corporation, JVCKENWOOD Corporation, JVC Americas Corp.

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented:

> Panasonic Corporation of North America is a wholly-owned subsidiary of Panasonic Corporation, and no other publicly held company owns 10% or more of the stock of Panasonic Corporation of North America.  JVC Company of America is

now known as JVC Americas Corp., and it is a wholly owned

subsidiary of JVCKENWOOD Corporation.  No other

publicly held company owns 10% or more of the stock of JVC

Americas Corp.

4.    The names of all law firms and the partners or associates

that appeared for the party or amicus now represented in the trial court

or agency or are expected to appear in this court are:

Alston & Bird LLP, Hogan & Hartson, and Hogan Lovells

have appeared and only Alston & Bird will appear in this

Court.  Attorneys who have appeared or will appear include

Rachel Capoccia, Marsha Mullin, Tom Davison, Evan

Woolley, Richard de Bodo, and Andrew Devkar.


Dated: March 11, 2014                    Respectfully submitted,


                                           /s/ Rachel M. Capoccia*
                                          Rachel M. Capoccia
                                          ALSTON & BIRD LLP
                                          333 South Hope Street
                                          16th Floor
                                          Los Angeles, California 90071
                                          (213) 576-1037

*Attorneys for Appellees Panasonic Corporation (formerly known as Matsushita Electric Industrial Co., Ltd.); Victor Company of Japan, Ltd.; Panasonic Corporation of North America; JVC Company of America*

\*  Rachel M. Capoccia consented to the use of her electronic signature herein

# CERTIFICATE OF INTEREST

Counsel for Defendants-Appellees certify the following:

1.  The full name of every party represented by me is:

> Olympus Corporation; Olympus Imaging America Inc.

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

> Olympus Corporation; Olympus Imaging America Inc.

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented:

> The parent company of Olympus Imaging America Inc. is Olympus Corporation of the Americas. The parent company of Olympus Corporation of the Americas is Olympus Corp. Olympus Corp. is a publicly-held corporation traded on the Tokyo Stock Exchange and has no parent company. No publicly-held corporation owns 10% or more of Olympus Corp.

4.    The names of all law firms and the partners or associates

that appeared for the party or amicus now represented in the trial court

or agency or are expected to appear in this court are:

Richard de Bodo and Andrew V. Devkar of Bingham

McCutchen LLP.

Dated: March 11, 2014                    Respectfully submitted,


 /s/ Richard de Bodo*
Richard de Bodo
Andrew V. Devkar
BINGHAM MCCUTCHEN LLP
The Water Garden
Suite 2050 North
1601 Cloverfield Boulevard
Santa Monica, CA 90404-4082
(310) 255-9070

*Attorneys for Appellees Olympus
Corporation; Olympus Imaging
America Inc.*

*   Richard de Bodo consented to
the use of his electronic
signature herein

2014-1110

_____

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

_____

IN RE PAPST LICENSING DIGITAL CAMERA
PATENT LITIGATION

_____

PAPST LICENSING GMBH & CO. KG,
*Plaintiff-Appellant*

v.

FUJIFILM CORPORATION, FUJIFILM NORTH
AMERICA CORPORATION (formerly known as
FUJIFILM USA, INC.), HEWLETT-PACKARD
COMPANY, JVC COMPANY OF AMERICA, NIKON
CORPORATION, NIKON, INC., OLYMPUS CORP.,
OLYMPUS IMAGING AMERICA INC., PANASONIC
CORPORATION (formerly known as MATSUSHITA
ELECTRIC INDUSTRIAL CO., LTD.), PANASONIC
CORPORATION OF NORTH AMERICA, SAMSUNG
OPTO-ELECTRONICS AMERICA, INC., SAMSUNG
TECHWIN CO., AND VICTOR COMPANY OF JAPAN,
LTD.
*Defendants-Appellees.*

_____

Appeal from the United States District Court for the District of
Columbia in No. 1:07-mc-00493-RMC, Judge Rosemary M. Collyer

_____

## DECLARATION OF STEVEN J. ROUTH IN SUPPORT OF
## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
## DEFENDANTS-APPELLEES' RESPONSE BRIEF

I, Steven J. Routh, counsel for Defendants-Appellees FUJIFILM Corporation and FUJIFILM North America Corporation ("Fujifilm"), declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.    I am counsel for Fujifilm in this appeal.  I submit this declaration in support of Defendants-Appellees' unopposed motion for a 30-day extension of time to file their response brief.  Defendants-Appellees intend to file a joint response brief, and counsel for Defendants-Appellees have authorized me to file this motion on behalf of all Defendants-Appellees.

2.    This is Defendants-Appellees' first request for an extension of time in this appeal.

3.    The present requested extension is made necessary by the complexity of this case and the press of other matters, including matters before this court.

4.    I have communicated with counsel for each of the Defendants-Appellees and have been informed of the following additional significant upcoming deadlines in which the undersigned attorneys are counsel of record:

- Patrick Kelleher, principal counsel for Samsung Techwin Co., Ltd. and Samsung Opto-Electronics America, Inc., will be on trial beginning April 7, 2014 in *Ateliers de la Haute-Garonne v. Broetje Automation USA*, Civ. No. 09-598-LPS (D. Del.).

- Charlene Morrow, principal counsel for Hewlett-Packard Company, has been and will be: (i) litigating a technology tutorial and claim construction hearings on March 10-11 and March 24-25, 2014, respectively, in *Barnes & Noble Inc. v. LSI Corp.*, Civ. No. 3:11-cv-2709-EMC (N.D. Cal.); and (ii) submitting opening, rebuttal and reply expert reports on March 7, April 7 and April 28, respectively, in *Select Retrieval, LLC v Overstock.com , Inc.*, C.A. No. 11-812-RGA (D. Del.).

5.    An additional layer of complexity is added by Defendants-Appellees' plan to coordinate their response and, to the extent possible, address issues in a joint brief filed on behalf of all Defendants-Appellees.  While this coordination will lessen the number of briefs for

the Court to review, it also creates drafting and logistical complications for the Defendants-Appellees.

6.    I have communicated with R. William Sigler, counsel for Plaintiff-Appellant Papst Licensing GmbH & Co., KG, regarding Defendants-Appellees' proposed extension of time.  Mr. Sigler has informed me that it consents to the requested extension.

7.    Under the proposed revised schedule, Defendants-Appellees' response brief will be due on May 5, 2014.

Dated: March 11, 2014              Respectfully submitted,


   /s/ Steven J. Routh
Steven J. Routh
ORRICK, HERRINGTON &
SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20005
(202) 339-8400

*Attorneys for Appellees*
*FUJIFILM Corporation;*
*FUJIFILM North America*
*Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of March, 2014, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send notification of such filing to counsel of record.

      /s/ Steven J. Routh   
Steven J. Routh
