No. 2014-1110

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

IN RE PAPST LICENSING DIGITAL CAMERA
PATENT LITIGATION

**PAPST LICENSING GMBH & CO. KG,**

*Plaintiff-Appellant*,

v.

**FUJIFILM CORPORATION, FUJIFILM NORTH AMERICA CORPORATION (formerly known as FUJIFILM USA, INC.), HEWLETT-PACKARD COMPANY, JVC COMPANY OF AMERICA, NIKON CORPORATION, NIKON, INC., OLYMPUS CORP., OLYMPUS IMAGING AMERICA INC., PANASONIC CORPORATION (formerly known as MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.), PANASONIC CORPORATION OF NORTH AMERICA, SAMSUNG OPTO-ELECTRONICS AMERICA, INC., SAMSUNG TECHWIN CO., AND VICTOR COMPANY OF JAPAN, LTD.,**

*Defendant-Appellees*.

---

Appeal from the United States District Court for the District of Columbia in
Case No. 1:07-mc-00493-RMC, United States District Judge Rosemary M. Collyer

---

**PLAINTIFF-APPELLANT'S UNOPPOSED MOTION FOR LEAVE TO
WITHDRAW THOMAS C. CHEN AS COUNSEL OF RECORD**

---

*Attorneys for Plaintiff-Appellant*
*Papst Licensing GmbH & Co. KG*

June 5, 2014

Alan M. Fisch
R. William Sigler
John T. Battaglia
Thomas C. Chen
FISCH SIGLER LLP
5335 Wisconsin Avenue NW
Eighth Floor
Washington, DC 20015
(202) 362-3500

Pursuant to Federal Circuit Rule 47.3, Plaintiff-Appellant Papst Licensing GmbH & Co. KG ("Papst") respectfully moves the court for leave to withdraw Thomas C. Chen as attorney of record in the above styled and numbered cause. The other attorneys from Fisch Sigler LLP who have appeared in this matter will continue to act as counsel of record on behalf of Papst. The appellees **consent** to the request for withdrawal of Mr. Chen as counsel for Papst.

Dated: June 5, 2014

Respectfully submitted,

/s/ R. William Sigler
Alan M. Fisch
R. William Sigler
John T. Battaglia
Thomas C. Chen
FISCH SIGLER LLP
5335 Wisconsin Avenue NW
Eighth Floor
Washington, DC 20015
(202) 362-3500

*Attorneys for Plaintiff-Appellant Papst Licensing GmbH & Co. KG*

/s/ Tobias Kessler
Tobias Kessler
on behalf of Papst Licensing GmbH & Co. KG

# CERTIFICATE OF INTEREST

Counsel for Plaintiff-Appellant Papst Licensing GmbH & Co. KG. certifies:

The full name of every party or amicus represented by me is:

Papst Licensing GmbH & Co. KG

The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Not Applicable

All parent corporations and any publicly held companies that own 10 percent or more of the stock of the parties or amicus represented by me are:

None

The names of all law firms and partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Fisch Hoffman Sigler LLP: Alan M. Fisch; Roy William Sigler; John T. Battaglia, Thomas C. Chen

Husch Blackwell LLP: Jerold B. Schnayer; Walter J. Kawula, Jr.; William Francis Demarest, Jr.; James P. White; John Aron Carnahan; Joseph E. Cwik; Raymond R. Ricordati, III; Daniel R. Cherry; Yasmin S. Schnayer

Stein Mitchell & Muse, LLP: Robert F. Muse

Date: June 5, 2014            /s/ R. William Sigler
                              R. William Sigler

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system. The document was also sent via electronic mail to:

Steven J. Routh
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005
Direct: 202-339-8509
Fax: 202-339-8500
Email: srouth@orrick.com

John R. Inge
ORRICK, HERRINGTON & SUTCLIFFE LLP
Izumi Garden Tower, 28th Floor
6-1 Roppongi 1-Chome
Minato-ku
+81332242900
+81332242901
Email: jinge@orrick.com

Sten Jensen
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005
Direct: 202-339-8669
Fax: 202-339-8500
Email: sjensen@orrick.com

T. Vann Pearce, Jr.
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005
Direct: 202-339-8696
Fax: 202-339-8500
Email: vpearce@orrick.com

Rachel M. Capoccia
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
Direct: 213-576-1037
Email: rachel.capoccia@alston.com
Fax: 213-576-1100

Thomas W. Davison
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004
Direct: 202-239-3933
Email: tom.davison@alston.com

Charlene M. Morrow
FENWICK & WEST, LLP
801 California Street
Silicon Valley Center
Mountain View, CA 94041
Direct: 650-988-8500
Email: cmorrow@fenwick.com

Bryan Alexander Kohm
FENWICK & WEST, LLP
555 California Street
12th Floor
San Francisco, CA 94104
Direct: 415-875-2300
Fax: 415-281-1350
Email: bkohm@fenwick.com

David Douglas Schumann
FENWICK & WEST, LLP
555 California Street
12th Floor
San Francisco, CA 94104
Direct: 415-875-2300
Fax: 415-281-1350
Email: dschumann@fenwick.com

Richard de Bodo
BINGHAM MCCUTCHEN LLP
1601 Cloverfield Boulevard
The Water Garden
Suite 2050 North
Santa Monica, CA 90404
Direct: 310-907-1000
Fax: 310-907-2000
Email: rich.debodo@bingham.com

Andrew V. Devkar
BINGHAM MCCUTCHEN LLP
Suite 2050 North
1601 Cloverfield Boulevard
The Water Garden
Suite 2050 North
Santa Monica, CA 90404
Direct: 310-907-1000
Fax: 310-907-2000
Email: andrew.devkar@bingham.com

Patrick J. Kelleher
DRINKER BIDDLE & REATH LLP
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606
Direct: 312-569-1000
Fax: 312-569-3000
Email: patrick.kelleher@dbr.com

David L. Witcoff
JONES DAY
Suite 3500
77 West Wacker Drive
Chicago, IL 60601-1692
Direct: 312-269-4259
Email: dlwitcoff@jonesday.com

Marc Blackman
JONES DAY
Suite 3500
77 West Wacker Drive
Chicago, IL 60601-1692
Direct: 312-782-3939
Fax: (312) 782-8585
Email: msblackman@jonesday.com

Marron Ann Mahoney
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Direct: 312-269-4291
Email: mmahoney@jonesday.com

Mark E. Ungerman
UNGERMAN IP
2305 Calvert Street, NW
Washington, DC 20008
Direct: 202-461-3200
Fax: 202-461-3200
Email: mungerman@ungermanip.com

June 5, 2014    /s/ *R. William Sigler*
                R. William Sigler
                *Attorney for Papst Licensing GmbH & Co. KG*