# FISCH SIGLER LLP

5335 Wisconsin Avenue NW | Eighth Floor | Washington, DC 20015

**Alan M. Fisch**
Managing Partner
Alan.Fisch@FischLLP.com
Direct: (202) 362-3600
Main: (202) 362-3500

July 17, 2014

**VIA ECF**

The Honorable Daniel E. O'Toole
Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

    Re:    *Papst Licensing v. FujiFilm Corporation et al.*, No. 14-1110

Dear Mr. O'Toole:

    I write to apprise the Court of a potential scheduling conflict in the above-captioned matter pursuant to the Practice Note to Rule 34 of this Court's Rules of Practice. Due to lead counsel's international travel on another matter, Papst Licensing respectfully requests that oral argument not be scheduled for the Court's September 8-12 session. Counsel is available to appear for argument during the Court's October, November, or December sessions.

    Sincerely,

    */s/ Alan M. Fisch*

    Alan M. Fisch

cc:    All Counsel of Record (via ECF)

Intellectual Property Trial Lawyers
New York + Silicon Valley + Washington, DC

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system.

Steven J. Routh
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005
Direct: 202-339-8509
Fax: 202-339-8500
Email: srouth@orrick.com

John R. Inge
ORRICK, HERRINGTON & SUTCLIFFE LLP
Izumi Garden Tower, 28th Floor
6-1 Roppongi 1-Chome
Minato-ku
+81332242900
+81332242901
Email: jinge@orrick.com

Sten Jensen
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005
Direct: 202-339-8669
Fax: 202-339-8500
Email: sjensen@orrick.com

T. Vann Pearce, Jr.
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005
Direct: 202-339-8696
Fax: 202-339-8500
Email: vpearce@orrick.com

Rachel M. Capoccia
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
Direct: 213-576-1037
Email: rachel.capoccia@alston.com
Fax: 213-576-1100

Thomas W. Davison
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004
Direct: 202-239-3933
Email: tom.davison@alston.com

Charlene M. Morrow
FENWICK & WEST, LLP
801 California Street
Silicon Valley Center
Mountain View, CA 94041
Direct: 650-988-8500
Email: cmorrow@fenwick.com

Bryan Alexander Kohm
FENWICK & WEST, LLP
555 California Street
12th Floor
San Francisco, CA 94104
Direct: 415-875-2300
Fax: 415-281-1350
Email: bkohm@fenwick.com

David Douglas Schumann
FENWICK & WEST, LLP
555 California Street
12th Floor
San Francisco, CA 94104
Direct: 415-875-2300
Fax: 415-281-1350
Email: dschumann@fenwick.com

Richard de Bodo
BINGHAM MCCUTCHEN LLP
1601 Cloverfield Boulevard
The Water Garden
Suite 2050 North
Santa Monica, CA 90404
Direct: 310-907-1000
Fax: 310-907-2000
Email: rich.debodo@bingham.com

Andrew V. Devkar
BINGHAM MCCUTCHEN LLP
Suite 2050 North
1601 Cloverfield Boulevard
The Water Garden
Suite 2050 North
Santa Monica, CA 90404
Direct: 310-907-1000
Fax: 310-907-2000
Email: andrew.devkar@bingham.com

Patrick J. Kelleher
DRINKER BIDDLE & REATH LLP
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606
Direct: 312-569-1000
Fax: 312-569-3000
Email: patrick.kelleher@dbr.com

David L. Witcoff
JONES DAY
Suite 3500
77 West Wacker Drive
Chicago, IL 60601-1692
Direct: 312-269-4259
Email: dlwitcoff@jonesday.com

Marc Blackman
JONES DAY
Suite 3500
77 West Wacker Drive
Chicago, IL 60601-1692
Direct: 312-782-3939
Fax: (312) 782-8585
Email: msblackman@jonesday.com

Marron Ann Mahoney
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Direct: 312-269-4291
Email: mmahoney@jonesday.com


July 17, 2014                            /s/ Alan M. Fisch
                                         Alan M. Fisch