**FENWICK & WEST LLP**

SILICON VALLEY CENTER   801 CALIFORNIA STREET   MOUNTAIN VIEW, CA 94041
TEL 650.988.8500   FAX 650.938.5200   WWW.FENWICK.COM

CHARLENE M. MORROW

July 18, 2014

EMAIL CMORROW@FENWICK.COM
Direct Dial (650) 335-7155

Daniel E. O'Toole
Clerk of the Court
United States Court of Appeal
  for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439

Re:   *Papst Licensing v. FujiFilm Corporation, et al., Case No. 2014-1110*

Dear Mr. O'Toole:

I am counsel for Hewlett-Packard Company in the above-referenced appeal, which will soon be calendared for oral argument. Because of scheduling conflicts, I respectfully request that oral argument not be scheduled for the Court's November 3-7 session. I am available to appear for argument during the Court's September, October, or December sessions.

Please contact me if you have any questions.

Respectfully submitted,

Charlene M. Morrow
Attorneys for Defendant-Appellee
HEWLETT-PACKARD COMPANY

MM:bjw

cc: All Counsel of Record (via ECF Notification)

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2014, I caused the foregoing **NOTICE OF CONFLICT WITH ORAL ARGUMENT DATE** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send notification of such filing to counsel of record.

Dated: July 18, 2014                    By: /s/ Charlene M. Morrow
                                                                                   Charlene M. Morrow
                                                                                  *Attorneys for Defendant-Appellee*
                                                                                  *HEWLETT-PACKARD COMPANY*