# FISCH SIGLER LLP

5335 Wisconsin Avenue NW | Eighth Floor | Washington, DC 20015

**John T. Battaglia**
**Partner**
John.Battaglia@FischLLP.com
Direct:  (202) 362-3522
Main:  (202) 362-3500

August 22, 2014


**VIA ECF**

The Honorable Daniel E. O'Toole
Clerk of the Court
United States Court of Appeals for the Federal Circuit
717 Madison Place NW
Washington, DC 20439

> Re:     Rule 28(j) Notice of Supplemental Authority in *Papst Licensing v. FujiFilm Corporation et al*., No. 14-1110


Dear Mr. O'Toole:

     Papst submits as supplemental precedent *Hill-Rom-Services, Inc. v. Stryker Corp*., --F.3d-- , 2014 U.S. App. LEXIS 12105 (Fed. Cir. June 27, 2014).

     *Hill-Rom* reversed the district court's summary judgment of non-infringement because it erroneously restricted multiple claim terms.  For example, the district court erred in construing "interface board" and a "processing station … coupled with [an] interface board by a data link," by imposing requirements from the specification rather than according those terms their "plain and ordinary meaning."  *Id*. at *4-23.  Indeed, this Court emphasized it "depart[s] from the plain and ordinary meaning of claims … in only two instances: [clear] lexicography and disavowal," *id*. at *5—neither of which occurred in *Hill-Rom*.  The Court further reaffirmed that disclosing merely a "single embodiment" in the specification does not limit claim scope.  *Id*.  As Papst has explained, the district court here committed the same errors in construing multiple terms, including "interface device," "DTRD," and "second connecting device."  (*E.g.*, Papst Reply at 7-16, 21-24, 33-34.)

     *Hill-Rom* also reversed constructions for relying on specification references to "the present invention" and the features illustrated by its figures.  *Id*. at *22.  The district court here similarly erred in construing "interface device" and "second connecting device," as detailed in Papst's briefing.  As *Hill-Rom* explained, "the present invention" language there was non-limiting when (as here) the specification used it in the context of describing embodiments, *id*., and otherwise when (as here) the specification was "describing a particular numbered component in the figure," *id*. at *8-9; *see also id*. at *9-10 (citing specification's capitalized heading ("DESCRIPTION OF SPECIFIC EMBODIMENTS") as indicative of non-limiting description).

**FISCH SIGLER** LLP

- 2 -

And as with the erroneous construction limiting "interface device" to a physically separate, standalone structure that is non-permanently attached to the "DTRD," *Hill-Rom* notes the plain meaning of "interface board" "could include" the additional features at issue there; the claim text and specification did not require it cover only those features. *Id*. at *20. *Hill-Rom* further held it proper to "defin[e]" terms such as "interface board" in functional terms without "convert[ing]" that term into a § 112(6) limitation. *Id*. at *14-15.

Very truly yours,

John T. Battaglia

cc:     All Counsel of Record (via ECF)

Enclosure(s): original and six copies of letter and cited authority

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system.  The document was also sent via electronic mail to:

Steven J. Routh
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005
Direct: 202-339-8509
Fax: 202-339-8500
Email: srouth@orrick.com

John R. Inge
ORRICK, HERRINGTON & SUTCLIFFE LLP
Izumi Garden Tower, 28th Floor
6-1 Roppongi 1-Chome
Minato-ku
+81332242900
+81332242901
Email: jinge@orrick.com

Sten Jensen
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005
Direct: 202-339-8669
Fax: 202-339-8500
Email: sjensen@orrick.com

T. Vann Pearce, Jr.
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005
Direct: 202-339-8696
Fax: 202-339-8500
Email: vpearce@orrick.com

Rachel M. Capoccia
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
Direct: 213-576-1037
Email: rachel.capoccia@alston.com
Fax: 213-576-1100

Thomas W. Davison
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004
Direct: 202-239-3933
Email: tom.davison@alston.com

Charlene M. Morrow
FENWICK & WEST, LLP
801 California Street
Silicon Valley Center
Mountain View, CA 94041
Direct: 650-988-8500
Email: cmorrow@fenwick.com

Bryan Alexander Kohm
FENWICK & WEST, LLP
555 California Street
12th Floor
San Francisco, CA 94104
Direct: 415-875-2300
Fax: 415-281-1350
Email: bkohm@fenwick.com

David Douglas Schumann
FENWICK & WEST, LLP
555 California Street
12th Floor
San Francisco, CA 94104
Direct: 415-875-2300
Fax: 415-281-1350
Email: dschumann@fenwick.com

Richard de Bodo
BINGHAM MCCUTCHEN LLP
1601 Cloverfield Boulevard
The Water Garden
Suite 2050 North
Santa Monica, CA 90404
Direct: 310-907-1000
Fax: 310-907-2000
Email: rich.debodo@bingham.com

Andrew V. Devkar
BINGHAM MCCUTCHEN LLP
Suite 2050 North
1601 Cloverfield Boulevard
The Water Garden
Suite 2050 North
Santa Monica, CA 90404
Direct: 310-907-1000
Fax: 310-907-2000
Email: andrew.devkar@bingham.com

Patrick J. Kelleher
DRINKER BIDDLE & REATH LLP
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606
Direct: 312-569-1000
Fax: 312-569-3000
Email: patrick.kelleher@dbr.com

David L. Witcoff
JONES DAY
Suite 3500
77 West Wacker Drive
Chicago, IL 60601-1692
Direct: 312-269-4259
Email: dlwitcoff@jonesday.com

Marc Blackman
JONES DAY
Suite 3500
77 West Wacker Drive
Chicago, IL 60601-1692
Direct: 312-782-3939
Fax: (312) 782-8585
Email: msblackman@jonesday.com

Marron Ann Mahoney
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Direct: 312-269-4291
Email: mmahoney@jonesday.com

August 22, 2014                    /s/ John T. Battaglia
                                   John T. Battaglia