**DrinkerBiddle&Reath** LLP

Patrick J. Kelleher
312-569-1375 Direct
patrick.kelleher@dbr.com

Law Offices
191 N. Wacker Drive
Suite 3700
Chicago, IL
60606-1698

(312) 569-1000
(312) 569-3000 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON D.C.
WISCONSIN

September 18, 2014

**VIA FEDERAL EXPRESS AND ECF**

Daniel E. O'Toole
Clerk of the Court
United States Court of Appeals
for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

Re:   *Papst Licensing v. FujiFilm Corp. et al.*,
      Case No. **2014-1110**

Dear Mr. O'Toole:

On behalf of the Camera Manufacturer Appellees, undersigned counsel for Samsung Techwin respectfully submits this response to the Notice of Supplemental Authority filed by Appellant Papst Licensing on August 22, 2014 (Dkt. 96).

In *Hill-Rom-Services, Inc. v. Stryker Corp.*, 2014 U.S. App. LEXIS 12105 (Fed.Cir. June 27, 2014), the Court reiterated the many ways in which a patentee may "disavow" claim scope. As *Hill-Rom* explained, disclaimer occurs "when the patentee makes statements such as 'the present invention requires . . .' or 'the present invention is . . . .'" *Id.* at *6. In addition, "when the specification describe[s] [a] feature as a 'very important feature . . . in an aspect of the present invention' and disparage[s] alternatives to that feature," disclaimer limits "a claim element to [that] feature of the preferred embodiment." *Id.* at *7-8.

Although neither of these forms of disavowal existed in *Hill-Rom*, that is not true in this case. In *this* case, the patentee clearly limited the scope of the claims with statements about the features and advantages of "the present invention" — not merely embodiments of the invention. For example, as

Established 1849

**Drinker Biddle & Reath LLP**

Daniel E. O'Toole
September 18, 2014
Page 2

discussed in Appellees' Opening Brief (Dkt. 72) at pp. 44-45, the specification describes an "enormous advantage" gained by "the interface device according to the present invention." Similarly, Figure 1 is "a general block diagram of the interface device according to the present invention," not merely a depiction of an embodiment, as discussed on pp. 5-6 and 9-10 of Appellees' Opening Brief. The patentee further described the interface device of "the present invention" as a flexible, universal device that could be used for communication between computers and "almost any data transmit/receive device." *Id.* at 9-10.

The present case is further distinguishable from *Hill-Rom* because the claim language itself supports the District Court's constructions. For example, the claims require the "interface device" to be stand alone because it must be capable of being attached (by the "second connecting device") to different types of DTRDs. *Id.* at 35-36 ("regardless of the type of the data transmit/receive device attached to the second connecting device of the interface device").

                                  Respectfully submitted,

                                  Patrick J. Kelleher
                                  DRINKER BIDDLE & REATH LLP
                                  191 North Wacker Drive
                                  Suite 3700
                                  Chicago, IL 60606-1698
                                  (312) 569-1375

                                  *Attorneys for Appellees Samsung Techwin Co., Ltd.; Samsung Opto-Electronics America, Inc.*

Enclosures: original and six copies of letter

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2014, I caused the foregoing **Response to Appellant's Letter Regarding Supplemental Authority** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send notification of such filing to counsel of record.

Dated: September 18, 2014

                                             */s/ Patrick J. Kelleher*
                                             Patrick J. Kelleher
                                             DRINKER BIDDLE & REATH LLP
                                             191 North Wacker Drive
                                             Suite 3700
                                             Chicago, IL 60606-1698
                                             (312) 569-1375

                                             *Attorneys for Appellees Samsung Techwin Co., Ltd.; Samsung Opto-Electronics America, Inc.*