**Appeal No. 14-1110**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

IN RE PAPST LICENSING DIGITAL CAMERA
PATENT LITIGATION

---

PAPST LICENSING GMBH & CO. KG,

Plaintiff-Appellant

v.

FUJIFILM CORPORATION; FUJIFILM NORTH AMERICA CORPORATION (formerly known as FUJIFILM USA, INC.), HEWLETT-PACKARD COMPANY, JVC COMPANY OF AMERICA, NIKON CORPORATION, NIKON, INC., OLYMPUS CORP., OLYMPUS IMAGING AMERICA INC., PANASONIC CORPORATION (formerly known as MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.), PANASONIC CORPORATION OF NORTH AMERICA, SAMSUNG OPTO-ELECTRONICS AMERICA, INC., SAMSUNG TECHWIN CO., and VICTOR COMPANY OF JAPAN, LTD,

Defendant-Appellees.

---

Appeal from the United States District court for the District of Columbia in No. 1:07-mc-00493-RMC, Judge Rosemary M. Collyer.

---

**MOTION FOR LEAVE TO FILE ENTRY OF
APPEARANCE OF SUSAN BAKER MANNING ON
BEHALF OF DEFENDANTS-APPELLEES OLYMPUS
CORP. AND OLYMPUS IMAGING AMERICA INC.**

A/76540367.1

- 2 -

>Richard de Bodo, Bar No. 993287
>rich.debodo@bingham.com
>Andrew V. Devkar
>andrew.devkar@bingham.com
>BINGHAM MCCUTCHEN LLP
>The Water Garden
>Suite 2050 North
>1601 Cloverfield Boulevard
>Santa Monica, California  90404-4082
>Telephone:      310.907.1000
>
>*Attorneys for Defendants-Appellees*
>*Olympus Corp. and Olympus Imaging*
>*America Inc.*

## CERTIFICATE OF INTEREST

Counsel for Defendants-Appellees Olympus Corporation and Olympus Imaging America Inc. certify the following:

1. The full name of every party represented by us is:

    Olympus Corporation; Olympus Imaging America Inc.

2. The name of the real party in interest represented by us is:

    Olympus Corporation; Olympus Imaging America Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by us are:

    The parent company of Olympus Imaging America Inc. is Olympus Corporation of the Americas. The parent company of Olympus Corporation of the Americas is Olympus Corp. Olympus Corp. is a publicly held corporation traded on the Tokyo Stock Exchange and has no parent company. No publicly-held corporation owns ten percent or more of Olympus Corp.

4. The names of all law firms and the partners or associates that appeared for the party now represented by us in the trial court or are expected to appear in this court are:

///

///

///

A/76540367.1

Richard de Bodo, Andrew V. Devkar, and Susan Baker Manning of Bingham McCutchen LLP.

| | |
|---|---|
| Dated:  November 14, 2014 | Respectfully submitted,<br><br>By: /s/ Andrew V. Devkar<br>    Andrew V. Devkar<br>    andrew.devkar@bingham.com<br>    Richard de Bodo, Bar No. 993287<br>    rich.debodo@bingham.com<br>    BINGHAM MCCUTCHEN LLP<br>    The Water Garden<br>    Suite 2050 North<br>    1601 Cloverfield Boulevard<br>    Santa Monica, California  90404-4082<br>    Telephone: 310.907.1000<br><br>*Attorneys for Defendants-Appellees Olympus Corp. and Olympus Imaging America Inc.* |

## MOTION FOR LEAVE TO FILE ENTRY OF APPEARANCE

Counsel for Defendants-Appellees Olympus Corporation and Olympus Imaging America Inc. (collectively, "Olympus") respectfully request that Susan Baker Manning be allowed to appear as co-counsel on behalf of Olympus in this case, including at the oral argument scheduled for December 3, 2014. Olympus makes this motion pursuant to Fed. Cir. R. 47.3(c)(1) because the oral argument is scheduled within 30 days of the requested entry of appearance.

Ms. Manning will appear as co-counsel for Olympus, along with Olympus' original counsel of record. Olympus' counsel has not been designated to conduct any of the oral argument on behalf of Olympus or the other Appellees.

Ms. Manning is a member in good standing of the state bar of California (State Bar No. 197350) and the state bar of the District of Columbia, (State Bar No. 499635). She was admitted to practice before the bar of the U.S. Court of Appeals for the Federal Circuit on August 5, 2009. Ms. Manning is a

///

///

///

///

///

///

A/76540367.1

- 6 -

partner at Bingham McCutchen, LLP.  Her address is 2020 K Street NW, Washington, DC 20006-1806, and her telephone number is 202.373.6172.

Dated:  November 14, 2014           Respectfully submitted,

By:   /s/ Andrew V. Devkar
    Andrew V. Devkar
    Andrew.devkar@bingham.com
    Richard de Bodo, Bar No. 993287
    rich.debodo@bingham.com
    BINGHAM MCCUTCHEN LLP
    The Water Garden
    Suite 2050 North
    1601 Cloverfield Boulevard
    Santa Monica, California  90404-4082
    Telephone: 310.907.1000

*Attorneys for Defendants-Appellees Olympus Corp. and Olympus Imaging America Inc.*

A/76540367.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2014, I caused **MOTION FOR LEAVE TO FILE ENTRY OF APPEARANCE OF SUSAN BAKER MANNING ON BEHALF OF DEFENDANTS-APPELLEES OLYMPUS CORP. AND OLYMPUS IMAGING AMERICA INC.** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send notification of such filing to counsel of record.

Dated: November 14, 2014

/s/ Andrew V. Devkar
Andrew V. Devkar

*Attorney for Defendants-Appellees Olympus Corp. and Olympus Imaging America Inc.*