NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE PAPST LICENSING DIGITAL CAMERA PATENT LITIGATION

---

**PAPST LICENSING GMBH & CO. KG,**
*Plaintiff-Appellant,*

v.

**FUJIFILM CORPORATION, FUJIFILM NORTH AMERICA CORPORATION (formerly known as Fujifilm USA, Inc.), HEWLETT-PACKARD COMPANY, JVC COMPANY OF AMERICA, NIKON CORPORATION, NIKON, INC., OLYMPUS CORP., OLYMPUS IMAGING AMERICA INC., PANASONIC CORPORATION (formerly known as Matsushita Electric Industrial Co., LTD.), PANASONIC CORPORATION OF NORTH AMERICA, SAMSUNG OPTO-ELECTRONICS AMERICA, INC., SAMSUNG TECHWIN CO.,** AND **VICTOR COMPANY OF JAPAN, LTD.,**
*Defendants-Appellees.*

---

2014-1110

---

Appeal from the United States District Court for the District of Columbia in No. 1:07-mc-00493-RMC, Judge Rosemary M. Collyer.

---

## ON PETITION FOR PANEL REHEARING
---

Before TARANTO, SCHALL, and CHEN, *Circuit Judges.*

PER CURIAM.

## O R D E R

Appellees Samsung Techwin Co., Ltd. and Samsung Opto-Electronics America, Inc. filed a petition for panel rehearing.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The mandate of the court will issue on March 25, 2015.

FOR THE COURT

  March 18, 2015                /s/ Daniel E. O'Toole
       Date                     Daniel E. O'Toole
                                Clerk of Court